**UNITED STATES DISTRICT COURT**

**FILED**

NOV - 5 2020

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

|  |  |
|---|---|
| JERRY E. ROBERTSON, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | )  Civil Action No. 20-3168 (UNA) |
|  | ) |
| JEFF. CO. ATTY'S OFFICE, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## MEMORANDUM OPINION

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The plaintiff's claims pertain to defendant's efforts to collect unpaid child support.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). The complaint does not articulate a claim arising under the United States Constitution or federal law; therefore, the plaintiff does not demonstrate federal question jurisdiction. While amount in controversy allegedly exceeds $75,000, because the parties are citizens of Kentucky, the plaintiff fails to establish diversity jurisdiction. Furthermore, because none of the parties appear to reside in the District of Columbia, and because none of the events giving rise to the plaintiff's claims occurred here, it is doubtful that this district is the proper venue for resolution of the plaintiff's claims.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and dismiss the complaint without prejudice for lack of subject matter jurisdiction.  An Order is issued separately.


DATE: November 4, 2020                  /s/
KETANJI BROWN JACKSON
United States District Judge